# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEANITA WATTS, | ) |
|       Plaintiff, | ) |
| vs. | ) No. 4:16CV46 HEA |
| US BANK, et al., | ) |
|       Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiff's motion for leave to commence this action without payment of the required filing fee and Financial Affidavit – CJA 23 [Doc. 3]. *See* 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed financial affidavit CJA Form 23 in support of the application for in forma pauperis status. Plaintiff has failed to state whether she owns any real estate, stocks, bonds, notes, automobiles, or other valuable property, and if she does, the value and description of such property. As such, the Court is unable to determine, at this time, if plaintiff is financially unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that, **on or before February 22, 2016**, plaintiff shall either pay the statutory filing fee or submit a fully-completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this case without prejudice and without further notice.

Dated this 22nd day of January, 2016

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE